UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSE ALLEN

CIVIL ACTION

VERSUS

NO. 08-046-FJP-DLD

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the decision of the Commission denying benefits shall be AFFIRMED, and the plaintiff's complaint be shall be DISMISSED with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 17, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46480